UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MANUEL GAUCIN-DUARTE,<br><br>Petitioner,<br>v.<br><br>ROBIN BAKER, Field Office Director,<br>San Diego District, U.S. Immigration<br>and Customs Enforcement, et al.,<br><br>Respondents. | Civil No. 09cv1172-JM (CAB)<br><br>ORDER GRANTING EX PARTE MOTION<br>TO FILE SUPPLEMENT EXHIBIT |

Having considered the EX PARTE MOTION TO FILE SUPPLEMENT EXHIBIT in this 28 U.S.C. §2241 habeas action. For good cause shown. **IT IS HEREBY ORDERED** the request is **GRANTED**.

**IT IS SO ORDERED.**

DATED: July 7, 2009

Hon. Jeffrey T. Miller
United States District Judge